

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2021

E: joseph@cml.legal | W: cml.legal

May 11, 2021

**VIA ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Sanchez v. Nationwide Coin & Bullion Reserve, Inc.; Case No: 1:21-cv-02293-AT</u>

To the Honorable Judge Torres,

I represent Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for Monday, May 18, 2021 at 10:40 a.m. However, Plaintiff's Counsel will be observing the Holiday of Shavuot and the offices will be closed. As a result, Counsel for Plaintiff is requesting on consent, an adjournment of the conference to either May 25, 2021, May 27, 2021, or any day that is convenient to the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

GRANTED. The conference scheduled for May 18, 2021, is ADJOURNED to **May 27, 2021**, at **10:00 a.m.** By **May 20, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 12, 2021
New York, New York

ANALISA TORRES
United States District Judge